# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2020

## NO.  03-19-00903-CV

**Yevgenia Shockome, Appellant**

**v.**

**Cary Street Partners, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on November 22, 2019.

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction.  Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.